UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02393 |
|---|---|---|---|
| Local 210 Unity Pension and Welfare Funds ||||
| *versus* ||||
| McDermott International, Inc., et al., ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Danielle S. Myers<br>Robbins Geller Rudman & Dowd LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101<br>619/231-1058<br>CA 259916 |
|---|---|
| Seeks to appear for this party: | movant PAMCAH-UA Local 675 Pension Fund |
| Dated: 10/17/2013 | Signed: *Danielle S. Myers* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order — This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge