UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02393 |
|---|---|---|---|
| Local 210 Unity Pension and Welfare Funds ||||
| *versus* ||||
| McDermott International, Inc., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Blair A. Nicholas<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130-3582<br>(858)793-0070<br>California Bar No. 178428 |
|---|---|
| Seeks to appear for this party: | Movants Jacksonville Police and Fire Pension Fund and Louisiana Municipal Police Employees' Retirement System |
| Dated: 10/18/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                 United States District Judge