| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02393 |
|---|---|---|---|
| Local 210 Unity Pension and Welfare Funds | | | |
| *versus* | | | |
| McDermott International, Inc., et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | David R. Kaplan<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130-3582<br>(858)793-0070<br>California Bar No. 230144 |
|---|---|
| Seeks to appear for this party: | Movants Jacksonville Police and Fire Pension Fund and Louisiana Municipal Police Employees' Retirement System |
| Dated:        10/18/2013 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge