| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13--cv-02393 |
|---|---|---|---|
| Local 210 Unity Pension and Welfare Funds ||||
| *versus* ||||
| McDermott International, Inc., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Timothy A. DeLange<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130-3582<br>Tel: (858) 793-0070<br>California Bar No. 190768 |
|---|---|
| Seeks to appear for this party: | Movants Jacksonville Police and Fire Pension Fund and Louisiana Municipal Police Employees' Retirement System |
| Dated:    11/20/2013 | Signed:  [signature] |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge