UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE McDERMOTT INTERNATIONAL, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 4:13-cv-2393 |

CERTIFICATE OF INTERESTED PARTIES

Defendants McDermott International, Inc., Stephen M. Johnson and Perry L. Elders file this Certificate of Interested Parties. The following persons and/or entities have a financial interest in this case:

1. Lead Plaintiff: PAMCAH-UA Local 675 Pension Fund;

2. Defendant: <u>McDermott International, Inc.</u> (MDR);

3. Defendant: Stephen M. Johnson

4. Defendant: Perry L. Elder;

5. Movant (for appointment as lead plaintiff): Local 210 Unity Pension and Welfare Funds

6. Movant (for appointment as lead plaintiff): Thomas Sauriol;

7. Movant (for appointment as lead plaintiff): Jacksonville Police and Fire Pension Fund;

8. Movant (for appointment as lead plaintiff): Louisiana Municipal Police Employees' Retirement System;

9. Movant (for appointment as lead plaintiff): State-Boston Retirement System;

10. All counsel of record;

11. Insurer for McDermott International, Inc. Corporate Officers & Directors Assurance Ltd. (CODA/ACE Bda (<u>ACE</u>));

12. Insurer for McDermott International, Inc.: Allied World Assurance Bda (<u>AWH</u>);

13. Insurer for McDermott International, Inc.:  The Chubb Corporation (CB);

14. Insurer for McDermott International, Inc.:  Berkley Insurance Company, subsidiary of W.R. Berkley Corporation (SRB) ;

15. Insurer for McDermott International, Inc.:  The Hartford (HIG);

16. Insurer for McDermott International, Inc.:  Arch Insurance Group (ACGL);

17. Insurer for McDermott International, Inc.:  Travelers Insurance (TRV);

18. Insurer for McDermott International, Inc.:  XL Insurance (XL);

19. Insurer for McDermott International, Inc.:  AXIS Capital Holdings Ltd. (AXS);

20. Insurer for McDermott International, Inc.:  ACE USA (ACE); and

21. Insurer for McDermott International, Inc.:  American International Group, Inc. (AIG).

        Respectfully submitted,

        **BAKER BOTTS L.L.P.**

        By:  /s/ *David D. Sterling*
            David D. Sterling
            Attorney-in-Charge
            State Bar No. 19170000
            Danny David
            State Bar No. 24028267
            Paige S. Goodwin
            State Bar. No. 24069808
            One Shell Plaza
            910 Louisiana Street
            Houston, Texas 77002
            T: (713) 229-1234
            F: (713) 229-1522
            david.sterling@bakerbotts.com
            danny.david@bakerbotts.com
            paige.goodwin@bakerbotts.com

        *Attorneys for McDermott International, Inc.,*
        *Stephen M. Johnson, and Perry L. Elders*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31th day of December, 2013, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

        */s/ David D. Sterling*
        David D. Sterling