UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE MCDERMOTT INTERNATIONAL      )
INC. SECURITIES LITIGATION         )   Master File No. 4:13-cv-02393
                                   )
                                   )
                                   )
                                   )
                                   )

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs file this Certificate of Interested Parties that lists all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this litigation:

1. Lead Plaintiff: PAMCAH-UA Local 675 Pension Fund on behalf of Shareholders of McDermott International, Inc.;

2. Defendant: McDermott International, Inc.;

3. Defendant: Stephen M. Johnson;

4. Defendant: Perry L. Elder;

5. All counsel of record;

6. Insurer for McDermott International, Inc. Corporate Officers & Directors Assurance Ltd. (CODA/ACE Bda (ACE));

7. Insurer for McDermott International, Inc.: Allied World Assurance Bda (AWH);

8. Insurer for McDermott International, Inc.: The Chubb Corporation (CB);

9. Insurer for McDermott International, Inc.: Berkley Insurance Company, subsidiary of W.R. Berkley Corporation (SRB);

10. Insurer for McDermott International, Inc.: The Hartford (HIG);

11. Insurer for McDermott International, Inc.: Arch Insurance Group (ACGL);

12. Insurer for McDermott International, Inc.: Travelers Insurance (TRV);

13. Insurer for McDermott International, Inc.: XL Insurance (XL);

14. Insurer for McDermott International, Inc.: AXIS Capital Holdings Ltd. (AXS);

15. Insurer for McDermott International, Inc.: ACE USA (ACE); and

16. Insurer for McDermott International, Inc.: American International Group, Inc. (AIG).

Respectfully submitted,

EDISON, McDOWELL & HETHERINGTON LLP

By: /s/ Andrew M. Edison
 Andrew M. Edison
 Attorney-in-Charge
 Southern District Bar No. 18207
 andrew.edison@emhllp.com

Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, TX  77027
Telephone:  (713) 337-5581
Facsimile: (713) 337-8841

Liaison Counsel for Plaintiffs

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
JONAH H. GOLDSTEIN
ASHLEY M. ROBINSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile: (619) 231-7423
darrenr@rgrdlaw.com
jonahg@rgrdlaw.com
ashleyr@rgrdlaw.com

Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2014, I caused the foregoing to be electronically filed through the Court's ECF/ECM System and thereby electronically served on counsel of record.

/s/ Andrew M. Edison
 Andrew M. Edison

EMH/354759

2